VAN–150 Deficiency Notice (Text) – Rev. 11/29/2016

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Greenville Division

CASE NO.: 13–03063–8–JNC

IN RE:

DATE FILED: May 10, 2013

CHAPTER: 13

Jake Ollie Hedgepeth
 ( debtor has no known aliases )
144 Young Road
Enfield, NC 27823

Debtor represented by:
John T. Orcutt
Law Offices of John T. Orcutt, P.C.
6616–203 Six Forks Rd.
Raleigh, NC 27615

Chandra Nichela Hedgepeth
 ( debtor has no known aliases )
144 Young Road
Enfield, NC 27823

Joint Debtor repesented by:
John T. Orcutt
Law Offices of John T. Orcutt, P.C.
6616–203 Six Forks Rd.
Raleigh, NC 27615

Trustee:
Joseph A. Bledsoe III
PO Box 1618
New Bern, NC 28563

## DEFICIENCY NOTICE

To: Brian Dilks

Re: Motion to Release Funds in the Amount of $ 591.51 filed by Creditor Security Finance Corporation of Spartanburg.

The referenced document has been filed; however, it is deficient as noted below. Failure to correct the deficiencies by **March 2, 2017** may result in the court assuming you no longer desire the relief requested and entering an order denying or dismissing the requested relief, or in the matter being forwarded to the judge for appropriate action.

A copy of the letter of engagement was not attached. Documentation of the agreement between the claimant and representative disclosing the fee to be collected must be provided. Upon receipt, the court will consider your motion.

Proof that the filing entity is an affiliate of the claimant was not provided. Upon receipt, the court will consider your motion.

DATED: February 16, 2017

Kelly Shum–Drake
Deputy Clerk